# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133929

In re:

The Honorable
BEVERLEY NETTLES-NICKERSON,
Judge, 30th Circuit Court

SC: 133929
JTC: Formal Complaint No. 81

_____

      On order of the Court, the recommendation of the Judicial Tenure Commission having been filed, together with the record as required by MCR 9.223, it is ORDERED that if a petition under MCR 9.224 is filed, oral argument on the petition and the response thereto will be heard on Wednesday, June 11, 2008, at 9:30 a.m.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk